# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEXTER A. SISCO,<br><br>Defendant. | 6:24-PO-05043<br><br>Violation: 9393004<br>Location: M5<br><br>**ORDER** |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced citation is dismissed and the bench warrant shall not be issued.

DATED this 17th day of October, 2024.

Kathleen L. DeSoto
United States Magistrate Judge

1